■ ANTONIA PICCINICH, Respondent, v GRACE LINES, INC., et al., Defendants and Third-Party Plaintiffs. INTERNATIONAL TERMINAL OPERATING CO., INC., Third-Party Defendant-Appellant.—Order, Supreme Court, New York County, entered September 9, 1977, unanimously affirmed, without costs and without disbursements. In the order appealed from it was directed that any verdict rendered on a trial concerned with the issue of consortium be held

in abeyance pending determination of an appeal involving that issue thought to be pending in the case of *Giglio v Farrell Lines* (424 F Supp 927). It now appears that no appeal is pending in the *Giglio* case and, accordingly, that aspect of the order is now academic. Concur—Lupiano, J. P., Birns, Lane, Sandler and Sullivan, JJ.